# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| GRANITE MUSIC CORPORATION, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-06-0226 |
| WEBSTER C&W MANAGEMENT, INC., *et al.*, | § § § | |
| Defendants. | § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between Plaintiff and Defendants, the Court dismisses this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **July 24, 2006** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this **31st** day of **May, 2006**.

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2006\0226conditional.wpd   060531.0946